UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-cr-00137-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| HOWARD LAMONT BLUE | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Information against the above-captioned defendant, for the following reasons:

1. On May 5, 2010, a one-count Criminal Information was filed in this case in docket number 5:10-cr-00137-F-1.

2. On June 24, 2010, the Grand Jury returned a six-count Indictment against this defendant.

3. The Indictment was reassigned a new docket number of 5:10-cr-00208-F.

Respectfully submitted this the 7th day of July, 2010.

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
JAMES C. FOX
Senior United States District Court Judge

DATE: 7/8/10